IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| LARRY HENDERSON, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 4:03-cv-95 |
| | | Jarvis/Guyton |
| LINCOLN COUNTY SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendant | ) | |

**O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant's motion for summary judgment [Court Files #13, #16, #34] is GRANTED and this action DISMISSED.

**E N T E R :**

                                                *s/ James H. Jarvis*
                                       UNITED STATES DISTRICT JUDGE